AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

USA

vs.

(3) DALIA VALENCIA
*Defendant*

# EXHIBIT LIST

Case Number: EP:15-CR-01646(3)-DB

| Presiding Judge<br>ROBERT F. CASTANEDA | AUSA<br>DAPHNE NEWAZ | Defendant's Attorney<br>CLAY HERNANDEZ/ ROBERT HARRIS |
|---|---|---|
| Hearing Date<br>10/16/2015 | Court Reporter<br>ERO | Courtroom Deputy<br>MYRNA GALLEGOS |

| Gov No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* |
|---|---|---|---|---|---|
| #1 | | 10/16/2015 | #1 | X | SEALED MOTION |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.